UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANGELA GOLDMAN,

Defendant.

CASE NO. CR11-5191BHS

ORDER

The Court, having considered Defendant's motion to continue the trial date and pretrial motions filing date and the remainder of the file, finds as follows:

1. Defense counsel has not shown why she could not, considering due diligence, be prepared for trial now set for June 14, 2011.

2. A sixteen day extension of the pretrial motions due date should provide defense counsel reasonable time for effective trial preparation.

NOW, THEREFORE, IT IS ORDERED that the motion to continue the trial date is DENIED at this time, but may be renewed if additional justification is provided. The motion to extend the pretrial motions due date is GRANTED. Pretrial motions are due by May 12, 2011.

Dated this 29th day of April 2011.

_____
BENJAMIN H. SETTLE
US District Court Judge

ORDER